## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GIORGI BULEISHVILI,** | : | **CIVIL ACTION NO. 1:20-CV-607** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANGELA HOOVER, in her Official** | : | |
| **Capacity as Warden of the Clinton** | : | |
| **County Correctional Facility,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 20th day of April, 2020, upon consideration of petitioner

Giorgi Buleishvili's petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C.

§ 2241, and for the reasons set forth in the accompanying memorandum, it is hereby

ORDERED that:

1. Buleishvili's petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED.

2. The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania